CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

| U.S. v. Ashley Nicole Garcia | FOR Southern District of Texas AT Corpus Christi, Texas | LOCATION NUMBER 1714152 |

PERSON REPRESENTED (Show your full name)
Ashley Nicole Garcia

United States District of Texas
Southern District
FILED
AUG 31 2015
David J. Bradley, Clerk of Court

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
C-15-1116M-2
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)
T 8 U.S.C. 1324
☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Self-Employed 1 yr
Name and address of employer: House-Keeper self employed - Brownsville, TX
IF YES, how much do you earn per month? $ 150 - monthly 200
IF NO, give month and year of last employment?
How much did you earn per month? $
If married, is your spouse employed? ☐ Yes ☑ No NX
IF YES, how much does your spouse earn per month? $
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED
IF YES, give the amount $ 180
received and identify the sources $
SOURCES
sell food/plate - 1 month

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, total amount? $ 38

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE
IF YES, give value and $ 1500
description for each $
DESCRIPTION
2004 Buick Rendezvous (Does not drive) no auto insurance.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ Single
☐ Married, 5 yrs
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents 2 - kids

List persons you actually support and your relationship to them
1 yo - son Reside w/ dy.
4 yo - daughter

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT | |
|---|---|---|---|
| 1380 Mipa Verde #C5 Brownsville, TX 78521 | 7 mos | $ 0 | Housing |
| utilities | $ | $ 50-80 | |
| food stamps | $ | $ 513 | |
| cellular | $ | $ 0 | |

I certify under penalty of perjury that the foregoing is true and correct.

X [signature] Ashley Garcia
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

08/31/2015
Date