United States District Court
Southern District of Texas

**ENTERED**
February 02, 2018
David J. Bradley, Clerk

| | |
|---|---|
| PROB 22B (08/05) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS** INTRA-DISTRICT TRANSFER OF JURISDICTION | DOCKET NUMBER 2:15CR00847-002 DIVISION Corpus Christi |
| NAME AND ADDRESS OF SUPERVISED PERSON Ashley Nicole Garcia Brownsville, Texas | NAME OF SENTENCING JUDGE Janis Graham Jack |
| | DATE OF SUPERVISION FROM January 29, 2016 TO January 28, 2019 |

OFFENSE

Conspiracy to Transport an Undocumented Alien

| | |
|---|---|
| Transferring Division U. S. Probation Officer: Ricardo J. Ortiz | Receiving Division U.S. Probation Officer: Eddie De Leon |

**COMMENTS:**

**ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

It is ordered that the jurisdiction of this offender be transferred to the United States District Court, Brownsville Division. This Court expressly consents that the conditions and term of supervision may be modified, including revocation of supervision, by the receiving District Court without approval of this Court.

February 2, 2018
*Date*

*Janis Graham Jack*
*Senior United States District Judge*